### HARRINGTON v. STATE (two cases).
### Nos. 17374, 17375.

Court of Criminal Appeals of Texas.
March 13, 1935.

Hancock & Hancock, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment being two years in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

### F. R. HARRINGTON v. STATE.
### No. 17377.

Court of Criminal Appeals of Texas.
March 13, 1935.

Hancock & Hancock, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft of property over the value of $50; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented.

Appellant entered a plea of guilty, waived a jury, and submitted the matter to the court.

The evidence heard before the trial court is not brought forward for review.

No error has been perceived or pointed out.

The judgment is affirmed.